**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
OCT 02 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TYLER L. FOOTE, )<br>)<br>Defendant. ) | Criminal No. 19-CR-20063 ___<br><br>Title 18, United States Code, Sections 2252A(a)(1) and (b)(1);<br>2252A(a)(5)(B) and (b)(2). |

## INDICTMENT

### COUNT ONE
(Transportation of Child Pornography)

**THE GRAND JURY CHARGES THAT:**

On or about January 8, 2019, in Coles County, in the Central District of Illinois, and elsewhere,

**TYLER L. FOOTE,**

defendant herein, knowingly transported and shipped child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including visual depictions of minors engaging in sexually explicit conduct, such child pornography was shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

## COUNT TWO
(Transportation of Child Pornography)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 1, 2018, in Coles County, in the Central District of Illinois, and elsewhere,

**TYLER L. FOOTE,**

defendant herein, knowingly transported and shipped child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including visual depictions of minors engaging in sexually explicit conduct, such child pornography was shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

## COUNT THREE
(Transportation of Child Pornography)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 20, 2018, in Coles County, in the Central District of Illinois, and elsewhere,

**TYLER L. FOOTE,**

defendant herein, knowingly transported and shipped child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including visual depictions of minors engaging in sexually explicit conduct, such child pornography was shipped and

transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

### COUNT FOUR
(Transportation of Child Pornography)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 7, 2017, in Coles County, in the Central District of Illinois, and elsewhere,

**TYLER L. FOOTE,**

defendant herein, knowingly transported and shipped child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including visual depictions of minors engaging in sexually explicit conduct, such child pornography was shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

### COUNT FIVE
(Possession of Child Pornography)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 16, 2019, in Coles County, in the Central District of Illinois,

**TYLER L. FOOTE,**

defendant herein, knowingly possessed cellular telephones, computer processing units, and other digital storage materials, containing images and videos of child pornography,

as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL,

s/Foreperson
_____
FOREPERSON

s/Gregory Gilmore
_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
EMP/SMO